UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY HAIRE,

                    Plaintiff,

                                     District Judge Paul D. Borman
                                     Magistrate Judge Elizabeth A. Safford
                                     Case No. 2:21-cv-10967

          v.

FARM & FLEET OF RICE LAKE,
INC., d/b/a BLAIN'S FARM & FLEET
OF JACKSON, a Wisconsin
Corporation

                    Defendant.

---

## STIPULATED ORDER FOR DISMISSAL

Plaintiff Stacey Haire ("Haire") and Defendant Farm & Fleet of Rice Lake, Inc., d/b/a Blain's Farm & Fleet of Jackson ("Blain's"), by and through their respective undersigned counsel of record, having stipulated to the dismissal of this case with prejudice, and without costs or attorney fees to either party, and the Court being otherwise fully advised in the premises.

IT IS ORDERED that Plaintiff's Complaint and this cause of action is hereby dismissed, with prejudice and without costs or attorney fees to either party.

Dated:  September 30, 2022

                                 s/Paul D. Borman
                                 HON. PAUL D. BORMAN

District Court Judge

So Stipulated and Agreed this 30th of September, 2022:

GASIOREK MORGAN
Attorneys for Plaintiff

By:  /s/ Sam Morgan
Sam Morgan (P36694)
30500 Northwestern Hwy., Suite 425
Farmington Hills, MI  48334
Phone:  248.865.0001
Fax:  248.865.0002
smorgan@work-lawyers.com

MICHAEL BEST & FRIEDRICH LLP
Attorneys for Defendant

By: /s/Holly E. Courtney
Farrah N.W. Rifelj
Holly E. Courtney
1 S. Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Phone: 608.257.3501
Fax: 608.283.2275
fnwrifelj@michaelbest.com
hecourtney@michaelbest.com

EPSTEIN BECKER & GREEN, P.C.
Adam S. Forman (P55633)
2000 Town Center, Suite 1900
Southfield, Michigan 48075
248.351.6287 (phone)
248.351.2699 (fax)
aforman@ebglaw.com